**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kyle David Border                                    CHAPTER 7
           Sara Marie Border fka Sara Marie

Haun                                                        BKY. NO. 26-20963 GLT

                    Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                           Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
08 Apr 2026, 17:38:20, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f3935df87afa920e3ca390d3cb15c87e58dfc3ad671d2d99f5d6a33cf97fb355