**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

|  |  |  |
|---|---|---|
| | : | Case No. 26-20963-GLT |
| Kyle David Border | : | |
| Sara Marie Border | : | Chapter 7 |
| | : | |
| Debtors. | : | Related to Docket No. 9 |
| _____ | : | |
| | : | |
| Kyle David Border | : | |
| Sara Marie Border | : | |
| | : | |
| Movants, | : | |
| | : | |
| No Respondents. | : | |
| | : | |

## ORDER TO EXTEND THE FILING OF THE PETITION, SCHEDULES & RELATED DOCUCMENTS

Undersigned Counsel is permitted to file The Petition, Schedules and Related Documents including the Declaration Regarding Electronic Filing, Employee Income Statements and Certificate of Credit Counseling by May 1, 2026.

Dated: 4/21/26

Bankruptcy Court,

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES
BANKRUPTCY JUDGE

FILED
04/21/2026 - 1:37 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20963-GLT |
| Kyle David Border | Chapter 7 |
| Sara Marie Border | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Kyle David Border, Sara Marie Border, 36 North Spring Avenue, Greensburg, PA 15601-2233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Keri P. Ebeck | on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Suzanne M. Bash | on behalf of Debtor Kyle David Border suzannembash@gmail.com  sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Joint Debtor Sara Marie Border suzannembash@gmail.com  sooz1205@yahoo.com |

District/off: 0315-2                                    User: auto                                          Page 2 of 2
Date Rcvd: Apr 21, 2026                         Form ID: pdf900                               Total Noticed: 1
TOTAL: 6