FILED
5/4/26 4:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 26-20963-GLT |
| Kyle David Border | : |  |
| Sara Marie Border | : | Chapter 7 |
|  | : |  |
| Debtors. | : | Related to Docket No. 14 |
| _____ | : |  |
|  | : |  |
| Kyle David Border | : |  |
| Sara Marie Border | : |  |
|  | : |  |
| Movants, | : |  |
|  | : |  |
| No Respondents. | : |  |
|  | : |  |

### ORDER TO EXTEND THE FILING OF THE PETITION, SCHEDULES & RELATED DOCUCMENTS

Undersigned Counsel is permitted to file The Petition, Schedules and Related Documents including the Declaration Regarding Electronic Filing, Employee Income Statements and Certificate of Credit Counseling by May 8, 2026.  No further extensions will be permitted.

Bankruptcy Court,

Dated: 5/4/26

_____
GREGORY L. TADDONIO<sup>hct</sup>
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-20963-GLT

Kyle David Border                                                                    Chapter 7

Sara Marie Border

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 2

Date Rcvd: May 05, 2026                 Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Kyle David Border, Sara Marie Border, 36 North Spring Avenue, Greensburg, PA 15601-2233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                                      **Email Address**

Charles O. Zebley, Jr.
     COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Keri P. Ebeck
     on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Suzanne M. Bash
     on behalf of Joint Debtor Sara Marie Border suzannembash@gmail.com  sooz1205@yahoo.com

Suzanne M. Bash
     on behalf of Debtor Kyle David Border suzannembash@gmail.com  sooz1205@yahoo.com

District/off: 0315-2                              User: auto                                      Page 2 of 2
Date Rcvd: May 05, 2026                  Form ID: pdf900                                 Total Noticed: 1

TOTAL: 6