FILED
5/8/26 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 26-20963-GLT |
|---|---|
| KYLE DAVID BORDER<br>SARA MARIE BORDER<br>*FKA* SARA MARIE HAUN<br>　　　Debtors, | Chapter 7 |
| USX FEDERAL CREDIT UNION,<br>　　　Movant, | Related Dkt. No. 7 |
| v. | |
| KYLE DAVID BORDER, and<br>SARA MARIE BORDER, and<br>CHARLES O. ZEBLEY, JR., Trustee,<br>　　　Respondents. | |

ORDER OF COURT

AND NOW, this 8th day of ___May___, 2026, upon consideration of the foregoing

Motion for Relief from the Automatic Stay, it is hereby ORDERED,

　　a. Relief from the Automatic Stay is granted as to the interest of USX Federal Credit Union
　　　 in the 2017 Subaru WRX Limited, VIN: JF1VA1J62H9802655.
　　b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

Prepared by:　__Keri Ebeck, Esq.__

**DEFAULT ENTRY**

Dated: May 08, 2026

_____
Gregory L. Taddonio　**hct**
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Kyle David Border

Sara Marie Border

    Debtors

Case No. 26-20963-GLT

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Kyle David Border, Sara Marie Border, 36 North Spring Avenue, Greensburg, PA 15601-2233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Keri P. Ebeck | on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Suzanne M. Bash | on behalf of Joint Debtor Sara Marie Border suzannembash@gmail.com  sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Debtor Kyle David Border suzannembash@gmail.com  sooz1205@yahoo.com |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: May 08, 2026

Form ID: pdf900

Total Noticed: 1

TOTAL: 6