**Form 131**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kyle David Border**
**Sara Marie Border**
**fka Sara Marie Haun**
    Debtor(s)

Bankruptcy Case No.: 26−20963−GLT

Chapter: 7
Docket No.: 21 − 15

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **April 3, 2026** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **May 8, 2026** and failure to meet that deadline would result in the dismissal of the case.

As of **May 11, 2026,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: May 11, 2026

Gregory L Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 26-20963-GLT

Kyle David Border                                                                Chapter 7

Sara Marie Border

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2026 | Form ID: 131 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle David Border, Sara Marie Border, 36 North Spring Avenue, Greensburg, PA 15601-2233 |
| cr | + | USX Federal Credit Union, c/o Keri P. Ebeck, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222 UNITED STATES 15222-1222 |
| 16655943 | + | ARstrat, 14141 Southwest FWY Suite 300, Sugar Land, TX 77478-4630 |
| 16655944 | + | East Suburban Pediatrics, 4262 Old William Penn Hwy, Suite 208, Murrysville, PA 15668-1954 |
| 16655946 | + | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 16655945 | + | Excela Health Medical Group, 520 Jefferson Avenue, Suite 400, Jeannette, PA 15644-2538 |
| 16655949 | | Radiologic Consultants LTD, 1100 Summit Srive, Suite 100, Greensburg, PA 15601 |
| 16655950 | + | Southern Credit Adjusters, Inc., 2420 Professional Drive, PO Box 2764, Rocky Mount, NC 27802-2764 |
| 16655954 | + | UPMC GoHealth PA, PO Box 750133, Atlanta, GA 30374-7933 |
| 16655955 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 16655956 | + | USX Credit Union, 310 Grant Street, Suite 675, Pittsburgh, PA 15219-2213 |
| 16655958 | + | Westmoreland Em Med Specialists, P.O. Box 1348, Indiana, PA 15701-5348 |
| 16655957 | + | Westmoreland Em Med Specialists, P.O. Box 1910, Greensburg, PA 15601-6910 |
| 16655959 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |
| 16655960 | + | Westmoreland Hospital, P.O. Box 640886, Pittsburgh, PA 15264-0886 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 12 2026 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 12 2026 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16655947 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 12 2026 00:26:00 | First National Bank, 1 FNB Boulevard, Hermitage, PA 16148-3363 |
| 16655948 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 12 2026 00:26:00 | Lakeview, LoanCare LLC, ATTN: Consumer Solutions Department, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16655951 | | Email/Text: amieg@stcol.com | May 12 2026 00:26:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716 |
| 16655952 | | Email/Text: holly@steelstrongcfcu.org | May 12 2026 00:26:00 | Steel Strong Community FCU, 1125 Swiss Way, Elizabeth, PA 15037 |
| 16655953 | + | EDI: SYNC | May 12 2026 04:13:00 | Syncb/Care Credit, P.O. Box 71754, Philadelphia, PA 19176-1754 |

TOTAL: 7

# BYPASSED RECIPIENTS

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: May 11, 2026                           Form ID: 131                                 Total Noticed: 22

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason   Name and Address**
cr                              LAKEVIEW LOAN SERVICING, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Charles O. Zebley, Jr.
                                COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Keri P. Ebeck
                                on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Suzanne M. Bash
                                on behalf of Joint Debtor Sara Marie Border suzannembash@gmail.com  sooz1205@yahoo.com

Suzanne M. Bash
                                on behalf of Debtor Kyle David Border suzannembash@gmail.com  sooz1205@yahoo.com

TOTAL: 6