FILED
5/29/26 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | : | Case No. 26-20963-GLT |
| Kyle David Border | : | |
| Sara Marie Border | : | Chapter 7 |
| | : | |
| Debtors. | : | Related to Docket No. 23 |
| | : | |
| | : | |
| Kyle David Border | : | |
| Sara Marie Border | : | |
| | | : |
| | : | |
| Movants, | : | |
| | : | |
| No Respondents. | : | |
| | : | |

## ORDER TO RECONSIDER

**AND NOW** on this __29th__ day of ____May____, 2026, upon consideration

of the within MOTION TO RECONSIDER, it is hereby ordered, adjudicated, and decreed that

the Motion is DENIED. The schedules remain incomplete and unfiled.

Dated: 5/29/26                                             BY THE COURT:

_____
GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                       Case No. 26-20963-GLT

Kyle David Border                                        Chapter 7

Sara Marie Border

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID**             **Recipient Name and Address**
db/jdb             + Kyle David Border, Sara Marie Border, 36 North Spring Avenue, Greensburg, PA 15601-2233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Keri P. Ebeck | on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Suzanne M. Bash | on behalf of Debtor Kyle David Border suzannembash@gmail.com sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Joint Debtor Sara Marie Border suzannembash@gmail.com sooz1205@yahoo.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: pdf900                            Total Noticed: 1
TOTAL: 6