FILED
7/13/26 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Case No. Case 26-20963-GLT |
| | : | |
| **KYLE DAVID BORDER**, | : | Chapter 13 |
| | : | |
| *Debtor.* | : | |
| | : | |
| In re: | : | Case No. Case 26-20976-GLT |
| | : | |
| **KIMBERLY ANN REED**, | : | Chapter 13 |
| | : | |
| *Debtor.* | : | |
| | : | |
| In re: | : | Case No. Case 26-20974-GLT |
| | : | |
| **DEE ANN PRUETT**, | : | Chapter 13 |
| | : | |
| *Debtor.* | : | |
| | : | |

**ORDER REFERRING CASES TO
THE HONORABLE JEFFERY A. DELLER FOR CONSIDERATION
OF WHETHER MISC. NO. 23-00209 SHOULD BE REOPENED**

Attorney Suzanne M. Bash ("Attorney Bash") failed to submit timely and complete bankruptcy filings in each of the above-referenced cases, resulting in their dismissal. Because this appears to be a continuation of conduct which led to the commencement of a miscellaneous proceeding examining Attorney Bash's capacity to practice law, the Court finds it necessary to refer these cases to the Honorable Jeffery A. Deller to determine whether the miscellaneous proceeding should be reopened. A brief summary of the events leading to this Order follows.

On March 6, 2023, the Court issued an order directing the Office of the United States Trustee to investigate the bankruptcy practice of Attorney Bash.[1] The Order "was prompted

---

[1]   See *Order of Court*, Case No. 22-21743-GLT, Dkt. No. 54.

by Attorney Bash's repetitive failure to comply with Court orders and her apparent inattention to cases."[2]  Attorney Bash attempted to excuse her actions based on certain medical problems and a changed email address.[3]

The trustee filed a report which affirmed the Court's concerns regarding Attorney Bash's bankruptcy practice.[4]  The trustee recommended that an order issue against Attorney Bash to show cause why she should not be subject to disciplinary proceedings.[5]  Deeming the trustee's recommendations to be a request for affirmative relief, the Court entered an order opening a miscellaneous proceeding and the case was assigned to Judge Deller.[6]

Judge Deller issued a *Rule to Show Cause* which detailed the conduct for which Attorney Bash was under investigation.[7]  After holding several hearings on this matter, Judge Deller issued an order admonishing Attorney Bash and directing the trustee to report her findings to the Pennsylvania Office of Disciplinary Counsel.[8]  Judge Deller further held:

> Attorney Bash is expressly advised that should further substantial complaints be lodged regarding missed deadlines, failures to appear, lack of responsiveness, inaccurate filings, client neglect, or comparable misconduct, this Court may very well suspend her privilege to practice before the United States Bankruptcy Court

---

[2]   *Order to Open Miscellaneous Proceeding*, Case No. 23-00209-JAD, Dkt. No. 2.

[3]   See *Proceeding Memo*, Case No. 22-21743-GLT, Dkt. No. 53.

[4]   See *Report of the United States Trustee in Response to March 6, 2023 Order of Court Regarding Practices of Suzanne M. Bash, Esq.*, Case No. 22-21743-GLT, Dkt. No. 66

[5]   See id., p. 17.

[6]   See *Order to Open Miscellaneous Proceeding*, Case No. 22-21743, Dkt. No. 70; Case No. 23-209, Dkt. No. 2.

[7]   See *Rule to Show Cause as to Why Attorney Suzanne M. Bash Should Not Be Subject to Professional Discipline, Including Without Limitation (1) Having the Privilege of Practicing Law Before the Bankruptcy Court Suspended, (2) Disgorgement of Fees Paid, and (3) Such Other Discipline as the Court Deems Appropriate*, Case No. 23-00209-JAD, Dkt. No. 4 at ¶¶ 10-47

[8]   See *Order Adopting Recommendation of the United States Trustee, Admonishing Attorney Suzanne M. Bash, Directing Transmittal to Disciplinary Authorities, and Terminating Further Supervision*, Case No. 23-00209, Dkt. No. 88 at *5.

2

for the Western District of Pennsylvania, in addition to imposing any other sanction authorized by law.[9]

The miscellaneous proceeding was thereafter closed on June 17, 2026.

Unfortunately, the concerns which triggered the miscellaneous proceeding have resurfaced. In the three cases referenced herein, a dismissal order entered because the debtors failed to complete their bankruptcy petition and schedules.[10] Though the Court granted each debtor an extension of time to complete the bankruptcy filings (including, in some instances, multiple extensions), it appears the debtors are not to blame for the missing documents.[11] Instead, Attorney Bash sought additional time due to a variety of personal reasons, including multiple medical issues, caring for her ill mother, and the termination of her electric utilities.[12]

The Court was sympathetic and granted the requested extensions, but ultimately, the documents were never produced. In Border, for example, Attorney Bash sought reconsideration of the dismissal order, claiming the required documents "have been prepared on behalf of the Debtors."[13] Despite this representation, the petition was never completed, causing the Court to deny reconsideration.[14]

The explanations proffered by Attorney Bash and the trail of failed cases reflect the same pattern as before. And since debtors in this district are suffering harm seemingly due to

---

[9]   Id. at p. 6.

[10]   See Case Nos. 26-20974-GLT (case dismissed for failure to timely file schedules); 26-20976-GLT (case dismissed for failure to timely file schedules); 26-20963-GLT (case dismissed for failure to timely file schedules).

[11]   See 26-20974-GLT, Dkt. Nos. 12, 16, 19 (Debtor granted three extensions to complete filings); 26-20976-GLT, Dkt. Nos. 11, 18, 21 (Debtor granted three extensions to complete filings); 26-20963-GLT, Dkt. Nos. 12, 15 (Debtor granted two extensions to complete filings).

[12]   See 26-20974-GLT, Dkt. Nos. 11, 15, 18; 26-20976-GLT, Dkt. Nos. 8, 16, 20; 26-20963-GLT, Dkt. Nos. 11, 14.

[13]   Debtor's Motion to Reconsider, Case No. 26-20963-GLT, Dkt. No. 23 at ¶ 3.

[14]   Order to Reconsider, Case No. 26-20963-GLT, Dkt. No. 24.

Attorney Bash's inability to fulfill her basic obligations as counsel, the Court must determine whether further action is warranted.

In light of the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      The following cases are referred to the Honorable Jeffery A. Deller to determine, in his discretion, whether further disciplinary proceedings involving Attorney Suzanne M. Bash are necessary, including but not limited to, the reopening of miscellaneous proceeding 23-00209.

In re Pruett, Case Nos. 26-20974-GLT

In re: Reed, Case No. 26-20976-GLT, and

In re Border, Case No. 26-20963-GLT

ENTERED at Pittsburgh, Pennsylvania.

Dated: July 13, 2026

**GREGORY L. TADDONIO** hct
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

BNC to serve:
Dee Ann Pruett
Kimberly Ann Reed
Kyle David Border

4

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 26-20963-GLT

Kyle David Border                                                              Chapter 7

Sara Marie Border

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 13, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Kyle David Border, Sara Marie Border, 36 North Spring Avenue, Greensburg, PA 15601-2233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Charles O. Zebley, Jr.
        COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Keri P. Ebeck
        on behalf of Creditor USX Federal Credit Union kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Suzanne M. Bash
        on behalf of Joint Debtor Sara Marie Border suzannembash@gmail.com  sooz1205@yahoo.com

Suzanne M. Bash
        on behalf of Debtor Kyle David Border suzannembash@gmail.com  sooz1205@yahoo.com

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jul 13, 2026                       Form ID: pdf900                           Total Noticed: 1
TOTAL: 6